BEUTLER LAW
Derek Beutler (16782)
Attorney for Debtors
1206 West South Jordan Pkwy Suite C
South Jordan, Utah 84095
Tel: 801-657-5040
Fax: 801-895-7016
derek@beutler-law.com

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| **IN RE:** | **Case No. 24-26606** |
| **Jeffrey and Marcela Abrams** | **Chapter 7 Bankruptcy** |
| **Debtors** | **Honorable Kevin R. Anderson** |

## DEBTORS' MOTION FOR AUTHORITY TO REDEEM PERSONAL PROPERTY

Comes now the Debtors Jeffrey and Marcela Abrams, pursuant to 11 U.S.C. § 722 and Bankruptcy Rule 6008, and by and through undersigned counsel, respectfully move this honorable Court of an order authorizing the Debtor to redeem personal property. In support of the Motion, the Debtors assert as follows:

1. The Debtors filed the above-captioned case on December 20, 2024

2. The secured creditor and lien holder of the item proposed to be redeemed is Utah Power Credit Union.

3. The item to be redeemed is tangible personal property intended primarily for personal, family, or household use and is more particularly described as follows:

2022 GMC Sierra 2500 HD – 1GT19REY3NF144014

4. The interest of the Debtors in such property is exempt or has been abandoned by the estate, and the debt (which is secured by said property to the extent of the allowed secured claim of the Creditor) is a dischargeable consumer debt.

5. The allowed secured claim of said Creditor for purposes of redemption, the "redemption value", should be determined to be not more than $56,984.00. See attached Opinion of Value.

6. Arrangements have been made by the Debtors to pay the said Creditor up to the aforesaid amount in a lump sum should this motion be granted.

7. The payment for this proposed redemption is to be financed through Harley Hull Lending & Services, LLC, with all of the particulars of that financing (interest rate, finance charge, amount financed, total of payments, amount of payments, etc.) set forth in full detail in the attachment(s) hereto. As demonstrated there, the monthly amount, term of the payments and all the overall amount of the repayment will be decreased significantly through the proposed redemption. Moreover, the Debtors have agreed to borrow and disperse additional funds in the amount of $650.00 from their loan with Harley Hull Lending & Services, LLC, for representation of the Debtors in securing for the benefit of the debtor an order granting the debtor the right to redeem under 11 U.S.C. 722 a certain motor vehicle, such compensation being in addition to that previously disclosed and being for services rendered beyond the scope of the legal services to have been rendered for such compensation heretofore disclosed.

**Wherefore**, the Debtors request the Court to order the said Creditor to accept from the Debtors the lump sum payment of the redemption value and release their lien of record. In the event the

said Creditor objects to this motion, the Debtors request the Court to determine the value of the

property as of the time of the hearing on such objection.


Dated: January 9, 2025                                    /s/ Derek Beutler
                                                          Derek Beutler
                                                          Counsel for the Debtors

**EXHIBIT A**



The purpose of this appraisal is to determine the **"Redemption Replacement Value"** of the subject vehicle in compliance with **11 U.S. Code § 722**—Redemption, which grants Chapter 7 debtors the right to redeem personal property by paying its **"replacement value,"** as outlined in **11 U.S. Code § 506(a)**. The methodology employed herein is based on industry standards and legal requirements, ensuring the assigned value aligns with relevant statutes and case law.

## Purpose of the Appraisal

This appraisal has been commissioned to establish the subject vehicle's **"Replacement Value"** for the redemption of personal property as part of a Chapter 7 bankruptcy proceeding. Under the U.S. Bankruptcy Code, the assigned value must reflect the vehicle's **"current condition,"** or **"As Is"** value, and not a hypothetical future condition. This appraisal methodology differs from the retail or wholesale valuations commonly used outside of bankruptcy, which often do not meet the legal standard required for Chapter 7 redemption.

## Use of National Valuation Guides

To determine the vehicle's replacement value, **HHLS** incorporates data from a range of nationally recognized valuation guides, including:

- **Kelley Blue Book (KBB)**
- **Manheim Auctions (Wholesale & Retail)**
- **Black Book**
- **Price Digests**
- **NADA (National Automobile Dealers Association)**
- **Odessa Auctions (Wholesale)**

These valuation sources provide an initial reference point for market value assessments, but they vary based on valuation purpose (e.g., trade-in value, suggested retail price, or wholesale value). Each source originates from a distinct market context, so it is crucial to apply a valuation approach that aligns with **Chapter 7 bankruptcy requirements** for determining the "Redemption Replacement Value."

## Limitations of Suggested Retail Price and Wholesale Value

In line with **11 U.S. Code § 506(a)(2)**, the Bankruptcy Court requires that the value used to redeem a vehicle reflect its "Replacement Value"—the price a retail seller would charge for the vehicle in its **current "as-is" condition.** This diverges substantially from **retail values** (e.g., those from NADA or KBB), which assume a **"front-line ready"** vehicle condition. Retail values often include dealership markups, refurbishment costs, negotiation margins, and allowances for negative equity rollovers, making them unreliable for redemption appraisals.

The NADA main websites retail value, known as "buy from Dealer" is defined as "the prices shown reflect what people paid, including dealer discounts, but excluding taxes and fees," and is not suitable for determining a vehicle's Redemption "Replacement Value". This is because:

- **Future-Oriented Valuation:** NADA retail values assume the vehicle is "front-line ready," meaning fully refurbished and ready for sale at a dealership. This implies a hypothetical future condition, rather than the vehicle's current "as-is" state.
- **Unrealistic Assumptions:** Vehicles that meet "front-line ready" standards are only found on dealership lots, leading to a retail value that includes refurbishments, dealership markups, and allowances for negative equity rollovers. These factors create an inflated figure, not reflective of the actual retail market value in its present condition.
- **Non-Alignment with Chapter 7 Requirements:** The Bankruptcy Code mandates that the Replacement Value reflects the vehicle's current condition. Since NADA retail values are based on an idealized, post-refurbishment scenario, they do not meet this legal standard.

Given these discrepancies, using NADA retail values, or any retail values with similar definitions, is inappropriate for determining the "Replacement Value" in a Chapter 7 bankruptcy context. Instead, an "as-is" retail valuation that accurately reflects the vehicle's current state—like KBB's Private Party Value—is more appropriate.

Moreover, wholesale values (e.g., the Manheim Market Report (MMR)) reflect liquidation or auction prices common in dealer-to-dealer transactions. While informative, these values no longer serve as a basis for determining redemption value post-2005, following the enactment of the Bankruptcy Reform Act. The court now mandates that redemption value reflect an as-is retail scenario, rather than a wholesale or liquidation scenario.

## Private Party Value: The Most Relevant Metric for Redemption

In determining a vehicle's **"Replacement Value," HHLS** places significant weight on the **KBB Private Party Value (PPV)**. KBB defines PPV as the price a private buyer would pay a private seller for the vehicle in its as-is condition, considering its current state, wear and tear, and any necessary repairs. This valuation aligns closely with the court's requirement that the redemption value reflect the vehicle's "current condition" without speculative future improvements.

The **Private Party Value** eliminates the inflated assumptions inherent in Suggested Retail Prices, which account for dealership refurbishments, profit margins, and, importantly, skewed trade-in and retail data often present in NADA values. In contrast, Private Party Value represents the actual transaction price between two private parties, with no artificial markups. Accordingly, **KBB's Private Party Value** is the most suitable measure for determining **Redemption Replacement Value**.

## Case Law Supporting the Use of Replacement Value

The use of Private Party Value as the starting point for redemption valuation is supported by legal precedent. In **Re: Morales**, 387 B.R. 36 (Bankr. C.D. Cal 2008), and **Re: Ortiz**, No. 06-16243-BKRBR (Bankr. S.D. Fla. Feb. 27, 2007), the courts confirmed that the appropriate standard for determining redemption value is the retail replacement value of the vehicle, adjusted to its current condition at the time of the petition.

## Adjustments for Vehicle Condition

As stipulated in **11 U.S. Code § 506(a)(2)**, the **"Redemption Replacement Value"** must reflect the vehicle's current condition. Therefore, adjustments are made for factors that significantly impact marketability, such as mechanical issues (e.g., a malfunctioning engine) or cosmetic damage (e.g., paint or bodywork damage). These adjustments are essential to ensure the appraisal reflects the true **as-is** market value of the vehicle rather than a speculative post-repair value.

## Impact of Negative Equity on NADA Retail Values

A critical consideration in this appraisal is the influence of negative equity on NADA retail values, and why NADA will not be considered a valid value to help derive the vehicles replacement value. In recent years, there has been a notable rise in negative equity among consumers trading in vehicles. For example:

- As of Q3 2024, 24.2% of vehicle trade-ins involved negative equity, with an average of $6,458 owed over the vehicle's actual value (Edmunds, 2024).
- Data from the **Consumer Financial Protection Bureau (CFPB)** highlights that consumers with vehicles priced at $20,000 or less are particularly affected, with negative equity amounts ranging from **23% to 25%** above the vehicle's market worth.

Customers frequently absorb this negative equity by being offering inflated trade-in values by dealerships, incorporating the customer's outstanding loan balance to facilitate the sale. This practice raises the stated transaction price of the trade-in and, as a result, skews retail data reported to sources like NADA. Consequently, NADA's retail values are often inflated by transactions that include negative equity rollovers, creating an inaccurate representation of the vehicle's "as-is" market value.

## Discrepancies in NADA Valuation Data from Dealerships

NADA's valuation data, often derived from dealership transactions, reflects inflated values due to practices like trade-in markups to accommodate negative equity. This results in a discrepancy between NADA's **"Buy from Dealer"** retail values, defined as "the prices shown reflect what people paid, including dealer discounts, but excluding taxes and fees" (NADA, 2024). The trade-in value, meanwhile, is described as "what people received from a dealer for their trade-in vehicle, adjusted by condition" (NADA, 2024).

However, NADA makes no specific value or transaction adjustments for markups applied by dealers to accommodate customers with negative equity. With nearly one-quarter of dealership trade-ins involving a trade with negative equity averaging **$6,458**, this represents a significant portion of transactions that are not accurately accounted for in NADA's retail values. Given these discrepancies, this appraisal **puts no weight on any sort of NADA retail value** for the purpose of 722 Redemption' **Replacement Value** definition. In contrast, **Private Party Values** are less affected by these distortions and thus offer a more accurate reflection of a vehicle's "Replacement Value" as required by **11 U.S. Code § 506(a)**.

## Final Appraisal Methodology

In summary, the **"Redemption Replacement Value"** for the subject vehicle will be determined as follows:

1. **Primary Data Sources**: KBB's Private Party Value serves as the primary benchmark, as it most accurately reflects the as-is retail value of the vehicle and is aligned with the court's definition of Replacement Value.
2. **Adjustments**: If the vehicle requires repairs or has significant cosmetic or mechanical issues, adjustments will be made to the Private Party Value. These adjustments will be thoroughly documented and supported by evidence such as repair estimates, photos, and client statements.
3. **Supporting Documentation**: Additional supporting documentation, including local market listings, condition reports, title reports, vehicle history reports, etc., will be included to provide transparency and ensure the appraisal accurately reflects the current market conditions and vehicle state.
4. **Consideration of Wholesale and Retail Values**: Wholesale (MMR) and Suggested Retail Values from NADA, KBB, and others may be included for context; however, they will not factor into the final redemption value, as these values do not meet the criteria for an as-is retail-based value assessment.

Including wholesale value data may also illustrate the real-world value of a vehicle in the event it is repossessed by a lender, which is generally much lower than the private party value.

By employing the above methodology, HHLS ensures that the appraised Redemption Replacement Value adheres to statutory and case law requirements, providing a fair and accurate assessment of the subject vehicle's value at the time this appraisal was generated.

# CERTIFICATION OF CREDIBILITY

I certify that, to the best of my knowledge and belief:

- ✓ The methods and calculations used in this report are the unbiased opinion of an experienced and qualified professional and are limited only by the reported assumptions and limitations.
- ✓ The statements of fact contained in this report are true and correct.
- ✓ This report was provided at the request of an individual, company, or government agency of their own free will and was not solicited for any predetermined reason, except noted herein.
- ✓ The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and is my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- ✓ I have no present and prospective ownership interest in the property that is the subject of this report, and I have no personal interest with respect to the parties involved, except noted herein.
- ✓ I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment, unless noted herein.
- ✓ My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- ✓ My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal, unless noted herein.
- ✓ My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the *Uniform Standards of Professional Appraisal Practices and the Bureau of Certified Auto Appraisers standards.*
- ✓ I did perform a virtual inspection, or a physical inspection, or both, of the property that is the subject of this report, as well as at the time this appraisal was completed, unless noted otherwise. Please note, a physical inspection is required to verify miles, wear, and tear, client identity as well as clients claims of damage noted on the HHLS property description survey completed by client.
- ✓ I have performed no services as appraiser or in any other capacity regarding the vehicle that is the subject of this report within the three-year period immediately preceding the acceptance of this assignment, unless noted herein.
- ✓ No other party provided any service to assist in forming my professional opinion to a reasonable degree of appraisal certainty, unless notes herein.
- ✓ The appraiser herein, by reason of this appraisal is not required to give testimony or attend court or any governmental hearing with reference to the property in question without prior agreement as to fee for additional services desired.

<u>Disclosure of potential interest</u>.  Uniform Standards of Professional Appraisal Practices & the Bureau of Certified Auto Appraisers standards require discloser of potential past, current and future conflicts pertaining to commissioning clients & subject property. Appraisers employed by lenders or insurance companies are common practice and regardless of relationships & other interests the appraiser may have, they should be disclosed.  Joseph Jepsen works for HHLS and has an interest in the business itself. With this understanding I, Joseph Jepsen, have no bias as to the value of the appraisal subject value. Using the KBB PPV as the core basis of value in this appraisal can help eliminate bias for one party or the other. After using the KBB PPV I will bid out any major defects that KBB does not adjust for. The methodology arguments above are in line with the law and how the courts have ruled in the past, and from there it's a simple matter of finding the KBB Private Party Value and if applicable making further adjustments for major defects. In some cases sources are used for public sales that will not have any outside influence, such as KSL.com, but in order to eliminate bias of omission and/or commission I rely heavily on KBB PPV.

HHLS valuations are based on estimates and vehicle information believed to be authentic, reliable, and accurate. HHLS has used reasonable care in producing the valuations offered, however, HHLS makes no guarantees, expressed or implied, as to the final resolution of your claim and shall not be liable for any differences or damages of any type or description incurred by the use of the information.

<span style="color:red">This report was prepared by: Joseph Jepsen
IACP Certification No. Certification #991911280
Reviewed by: <u>Wynne Rasmussen</u></span>

Signature: *Joe Jepsen*
Cert of Credibility Signature Date: 03-01-2024

**Professional History:**

- Automobile dealership floor sales team leader- "Certified Cars"
  - Management of vehicle sales team.
    - 1997-1998
- Autmobile dealership F&I dept assistant manager- "Ford, Lincoln, Mercury, and Mazda Bountiful Auto Collection".
  - Assisted in management of F&I lending programs from Ford, Mazda, banks, and local credit unions.
    - 2000-2001
- Automobile underwriter/funder- "American Investment Bank" (AIB).
  - Underwrote & funded risk of AIBs automobile & RV subprime loan program in all 50 states.
    - 2001-2002
- Residential mortgage loan originator- "Capital Financial Group inc."
  - Brokered & processed mortgage purchase, and refinance loans from 25 different lenders.
    - 2002-2003
- Residential/commercial mortgage banker- "Security National Mortgage Company"
  - Originated, underwrote, funded, and sold the servicing rights to over $280,000,000 of mortgage loans.
    - 2002-2009
- Company secondary markets & commercial appraisal review specialist- "Security National Mortgage Company".
  - Managed process associated with the origination, underwriting, funding, and bundling of mortgage portfolios sold on the secondary or capital markets.
  - Reviewed commercial appraisals for processing purposes prior to submission to underwriting dept or Secondary bundling.
    - 2005-2009
- Commercial & residential property management company owner- "Diamond J Management LLC".
  - Acquisition, repositioning, and management of 81 separate commercial properties comprised of 1,378 apartments & 38 commercial/retail/industrial rental units.
    - 2002-2024
- Assisted housing manager- Diamond J Management LLC via Dept of Housing and Urban Development.
  - Managed apartment projects comprised of tenant-based Section 8, project-based Section 8, MOD-REHAB, low-income housing tax credit and other assisted housing type programs.
    - 2008-2022
- Automobile dealership owner/partner- "Utah Carzz St George LLC".
  - Managed all inventory acquisitions as well as liquidations.
    - 2006-2014
- Auto Repair and body shop partner- "Scope Enterprises LLC".
  - Shop operations manager.
    - 2017-2024
- Automobile dealer flooring company (dealership flooring credit instrument) partner- "Diamond J Capital LLC"
  - Auction purchasing valuator & funding advance manager.
    - 2016-2024
- Consumer lending company manager & partner- "Harley Hull Lending and Services LLC"
  - Manage consumer lending programs as well as the origination, servicing, and collections of loan portfolio.
    - 2016-2024
- Light duty vehicle emissions & inspections business owner - "Scope Enterprises LLC & Diamond J Motors LLC."
  - Managed inspection shop operations and employees.
    - 2017-2023
- Automobile dealership partner- "Diamond J Motors LLC".
  - Managed all inventory acquisitions as well as liquidations.
    - 2016-2023
- Bankruptcy technical lending department manager/partner- "Harley Hull Redemption Services"
  - SOP & special programs drafting.
    - 2018-2024
- Personal property appraiser- "Harley Hull Lending & Services LLC".
  - Manage Harley Hull Lending & Services loan acquisitions and well as all asset liquidations.
    - 2024-Present

# Professional Affiliations & Certifications:

- ➢ Motor vehicle salesperson license. 1998-2021 (Inactive)
- ➢ Utah mortgage loan originator licensing continuing education. 2002-2010
- ➢ Utah Division of Real-estate mortgage loan originator license. 2002-2010 (Inactive)
- ➢ Certified HUD home lender for teacher and officer next door program. 2003-20010 (Inactive)
- ➢ "Key Partner" certification from dept of HUD for ownership & management of HUD contracted properties with project-based low-income housing subsidies. 2008-2024 (Active)
- ➢ "Key Partner" & equity partner DHS & HUD background check to meet Patriot Act foreign investment requirements.
- ➢ "Key Partner" certification from dept of HUD/FHA, Fannie Mae & Freddy Mac for government backed securitized multifamily mortgage financing. 2008-2024 (Active)
- ➢ LIHTC (Low Income Housing Tax Credit) Utah Housing Corporations certification guaranteeing IRS tax credit-based financing for the acquisition, development and management of Low-Income multifamily projects. 2012-2019 (Active)
- ➢ AHM Quadel consulting education & certification AHM "Assisted Housing Manager". 2012-2018 (Inactive)
- ➢ CMH (Certified Manager of Housing) Edu &cert, NCHM(National Center of Housing Management) (Inactive)
- ➢ NAA (National Apartment Association) good landlord program certificate 2005-2024
- ➢ GLL (Good Landlord) Edu & cert from UAA (Utah Apartment Association) 2005- 2024
- ➢ UCDU (Used Car Dealers of Utah) 2006- 2024
- ➢ UCDA  (Used Car Dealer Association) 2006 - 2024
- ➢ IADAU (Independent Auto Dealers Association of Utah) 2007- 2024
- ➢ AR (Auto Remarketing) membership & trade group. publisher of subprime auto finance news, BHPB report & AFJ (Auto Finance Journal) 2016 - 2024
- ➢ NADAguides.com (National Auto Dealers Association) 2006 - 2024
- ➢ NAIDA (National Independent Auto Dealers Association). Publisher of UCD used car dealer magazine and educational trade association. 2006 - 2024
- ➢ NAFA (National Automotive Finance Association). 2016 - 2024
- ➢ NAF (National Automotive Finance Association). 2016 - 2024
- ➢ AFS (Auto Finance Summit) continuing education provider. 2017 - 2024
- ➢ DFI (Utah Dept of Financial Institutions) registered consumer lender. 2016 - 2024
- ➢ Approved credit bureau reporting creditor 2018 - 2024
- ➢ WHD (Weber Morgan Health Dept) weber tech college emissions training. 2017 - 2022 (Inactive)
- ➢ MVED (Motor Vehicle Enforcement Division) dealer license 2006 – 2015 & 2016 - 2022 (Inactive)
- ➢ Manheim auctions OVE & MMR member & approved remarketer. 2006 - 2024
- ➢ Adessa auctions access member & approved remarketer. 2006 - 2024
- ➢ KBB (Kelly Blue Book) membership 2007-2024
- ➢ ABI (American Bankruptcy Institute) supporter & education.
- ➢ NACBA (National Association of Consumer Bankruptcy Attorneys) supporter & education.
- ➢ IDI core membership & skip trace certification lender. 2022 – 2024
- ➢ BOCAA member (Bureau of Certified Auto Appraisers) 2024
- ➢ IACP Certified Auto appraiser certification. 2023 – 2024

# Formal Education:

- ➢ Idaho State University
    - ○ Finance & political science
        - ▪ 1997-1999
- ➢ Weber State University
    - ○ Accounting & technical sales
        - ▪ 2001-2003

# Personal Property Types Valued:

- Passenger vehicles
  - Family sedans (all types)
  - Sports cars (all types)
  - Midsize SUV
  - Full-size SUV
  - Light duty trucks
  - Medium duty trucks
- High Performance Passenger Vehicles
  - Race vehicles
    - On-Road race car
      - Street legal limited engine & chassis
      - Not legal unlimited engine, limited chassis
    - Off-Road race vehicles
      - Heavily modified UTV buggy
      - Class 10 limited engine buggy
      - Class 1 unlimited buggy
      - Class 1 limited engine buggy
      - Trophy truck unlimited engine
      - Trophy truck limited engine
      - Class VW Bug w/limited engine unlimited chassis class
  - Race Support vehicles
    - Fuel trucks
      - Pressurized fueling truck
    - Chase trucks
      - Light duty to medium duty customized service truck
    - Pre-runners
      - Heavily modified UTV
      - Low HP 2-4 seat race vehicle
      - Heavily modified light duty pickup (Ford Raptor base vehicle)
  - Sand car
    - VW Style 2 seat MANX sand cruiser
    - Unlimited 4 seat sand rail sand runner
  - Luxury (highline) car/SUV & truck vehicles
    - Luxury sedan
    - Luxury light & medium duty trucks
    - High performance sports car
      - Front engine
      - Mid-engine
      - Rear-engine
    - Muscle car
      - Greater than 450 HP
- Recreational vehicles
  - Motorhome RV
    - Class A
      - Bus RV (Prevost style)
      - Rear engine cab over chassis RV
      - Front engine cab over chassis RV
    - Class B
      - Van chassis RV (Sprinter styles)
    - Class C
      - Super C Class 8 Truck RV
      - Toter Home RV Class 8 RV
  - Expedition vehicles
    - 4x4 All terrain expedition RV
    - 6x6 All terrain expedition RV
  - Non-Motorized RV
    - Toy hauler camper trailer
    - Camper trailer
    - Race/event RV/car hauler combo
    -

- o Powersport vehicles & boat
  - ▪ Marine
    - - Jet ski's
    - - Jet boat's
    - - Finishing boats
    - - Sport boat
    - - Ski/surf boat
    - - Cabin cruiser
  - ▪ Vehicles (inland marine)
    - - Dirt bikes
    - - 4 Wheelers
    - - UTVs
    - - Street bikes
    - - Snowmobile
    - - Snow cat
- Work Vehicles
  - o Light duty trucks
    - ▪ 500 to 2500 level truck/van
  - o Medium duty trucks
    - ▪ 3500 to 7500 level truck/van
    - ▪ Fire engine chassis
  - o Heavy duty trucks
    - ▪ Class 8 truck/bus
  - o Sever duty trucks
    - ▪ Sever condition class 3 to 8 weight level vehicles.
  - o Tow/recovery trucks
    - ▪ Light duty hidden hook, hook truck
    - ▪ Medium duty hook truck
    - ▪ Medium duty roll on recovery truck
    - ▪ Heavy duty class 8 recovery truck.
    - ▪ Semitruck w/low boy trailer
  - o Car Haulers
    - ▪ Medium duty truck w/ 3 place car hauler trailers
    - ▪ Heavy duty class 8 truck w/10 place car hauler trailer
    - ▪ Single place car hauler trailer
    - ▪ Enclosed multi car hauler
  - o Snowplow/Thrower
    - ▪ Light duty chassis 7 to 8 ft plow truck w/salt spreader.
    - ▪ Cab over chassis medium duty 10 ft plow truck w/salt spreader.
    - ▪ Cab over chassis road tractor (Unimog) w/multi point PTO powered Snow thrower/salt spreader.
  - o Trash truck
    - ▪ Rear dump truck
    - ▪ Side dump truck
    - ▪ Roll on dumpster truck
  - o Bucket truck
  - o Dump truck
  - o Welding truck w/ lift.
  - o Mechanical/service bed truck
  - o Flatbed service bed truck
- Construction Equipment (All HP Classifications)
  - ▪ Commercial mowers
  - ▪ Finish mower
  - ▪ Rough mower
  - ▪ Flail mower
  - ▪ Extreme grade remote control mower
  - o Articulating & non articulating high flow hydraulic PTO loaders
    - ▪ 35-50 HP
    - ▪ 51-80 HP
  - o Skid steer high flow hydraulic loaders
    - ▪ 50-120 HP
  - o Telehandler high flow long reach PTO material handler
    - ▪ 50 – 100 HP

- Excavators / loader (backho) combos
  - 35 – 50 HP
  - 51 – 100 HP
  - 101- 300 HP
- Road tractor (Unimog) front end loader/ backho & PTO
  - 50-100HP
- Agricultural tractors w/ hydraulic & engine PTO
  - 20-50 HP
  - 51-90 HP
  - 91-200 HP
- Construction tractors w/hydraulic & engine PTO
  - 100 -300 HP
- Bulldozer/earth movers.
  - 100 -300 HP
- Dirt level/graders
  - 100 HP
- Trenching tractors
  - 30-50 HP
  - 51-90 HP
- Street & Parking lot sweepers
  - Towable
  - Drivable
- Crain / lift/manlift truck
  - Class 5 42 ft manlift truck
- Aircraft
  - Airplane
    - Cessna single prop (Crop Sprayer)
  - Helicopter
    - Robinson raised mast
  - Ultralight
    - Single person fixed wing
  - Drone
    - Ultra heavy 4 prop (Crop Sprayer)
- Agricultural & Construction Implements
  - Harro Land Prep Attachment
  - Hydraulic Power Landscape Rake Attachment
  - Hydraulic Triple Deck Rough and Flail Mower Attachment
  - Hydraulic Brush Pulverize Attachment
  - Hydraulic Concrete Breaker Attachment
  - Hydraulic Concrete Mixer
  - Hydraulic Cherry Picker / Truss Lift Attachment
  - Hydraulic Debris Grapple Bucket Attachment
  - Hydraulic Stump Grapple Attachment
  - Hydraulic Stump Grinder Attachment
  - Hydraulic V Plow / Dozer blade
  - Hydraulic Auger Attachment
  - Hydraulic Back-ho Attachment
  - Hydraulic Roto-tiller Attachment
  - Hydraulic Adjustable Forklift Attachment
  - Hydraulic Powered Rotary Broom
  - Hydraulic Powered Rotary Collection Broom w/Water suppression Spray
  - Hydraulic Powered Fertilizer/Herbicide Sprayer
  - Hydraulic Powered Woodchipper
  - Hydraulic Powered Wood/log Scissors
  - Hydraulic Powered Wood/log Splitter
  - Hydraulic Powered Seed Driller
  - Hydraulic Powered Landscape Rock Removal Attachment
  - 4 & 8 Row Plow
  - Hay Bailer/Stacker
  - Combine Harvester
  - Hay/Grass Cutter/Thatcher
  - Manure Spreader
- Commercial Laundry Equipment
  - Vended, Non-Vended, & OPL (On Premise Laundry) Washer / Extractor

- High Speed Soft Mount (min 400 Gs)
  - 20 pound to 135 pound capacity
- Medium Speed Hard Mount (Min 200 Gs)
  - 20 pound to 100 pound capacity
- Low Speed (Sub 200 Gs)
  - 20 pound to 80 pound capacity
- High Temp Sanitation (non-extraction washer)
- Rotary Drum Washer (non-extractor washer)
  - Vended, Non-Vended & OPL (On Premise Laundry) Tumbler Dryers
    - 20 Pound to 400 Pound Capacity
    - Vended & On-Premises Use
  - Laundromat/ OPL Machine Utilities Hookup Center Bulkhead
    - Prefabricated UL listed laundry bulkhead
    - On-Premises built laundry bulkhead.
  - Payment Center/POS
    - Laundromat coinless value transfer center.
    - WDF (Wash Dry Fold) Scale payment center
    - Dry Cleaner POS
    - Laundry Delivery Service POS
    - Coin Changing machines
    - Bill breaker machines
    - Changer, breaker, POS combination machine
  - Power mop equipment
    - Battery power walk behind power mop
    - Battery power riding power mop
    - Battery power handheld corner scrubber mop
  - Commercial central vacuum system
    - Wet Dry Central Vac system
  - Commercial ozone & UV Sanitization equipment
    - Laundromat ozone injection system
    - Commercial laundry ozone injection generator
    - Ozone air sanitization system
    - HVAC UV-C Air sanitizer
    - Water system UV-C sanitizer
    - Automated UV-C surface sanitizer
- Car wash equipment
  - Complete high efficiency self-serve car wash bay components & parts….
  - Self-Serve auto bay parts.
    - 3 phase motors
    - water wash pumps
    - Soap pumps
    - Reverse osmosis water filtration
    - 3 phase air compressors
    - High power attendant power washer
    - Vended vacuums
    - Self-Serve car wash computers.
    - Self-Serve car wash POS systems
- Automated Teller Machines (ATM)
  - Cash withdrawal ATM
    - In Wall & Wall Mounted Machine
    - Stand Alone Machine
  - Crypto ATM
    - Stand alone Machine
- Vending machines
  - Bulk vending machines
    - Gumballs
    - 1" to 2" toys
    - Bulk candy
    - Stickers
  - Soap & supply vending machines
    - Single serving laundry detergents
    - Single serve laundry bag
  - Drink/Snack/Candy & Supplies vending machines
    - Multipurpose vending machines

- Single serving laundry detergents
- Large multi serving laundry detergents
- Candy bars & bags
- Hangers
- Beverages
- Snacks

- HVAC & Plumbing Equipment
  - Commercial / Residential HVAC Heating & Air Conditioning Units
    - RTU (Roof Top Unit)
    - Split Unit HVAC Heating & Air Conditioning
    - City Split / Multi-split HVAC Heating & Air Conditioning
    - Central Station, Large Capacity, Refrigerant based, Water Chiller System
  - Diesel/Kerosene Area Heaters
    - Direct Heating units
    - Indirect Heating units
  - Interior Building Bed Bug (Pest Removal) Indirect Heating Equipment
  - Boiler Equipment
    - Commercial Steam Boilers
    - Commercial Water Boilers
    - All in one Water Heating Boiler
    - Copper Coil Heat Exchange Storage Tanks
  - Solar Water Heating Equipment
    - Roof Top Heat Exchange panels
    - Copper Coil Heat Exchange Storage Tanks.
- Tools (To many to list)
  - Hand Tools
  - Batter Powered Power Tools
  - Plug in Power Tools
    - Please note that I have been required to value all sorts of tools and equipment that are too numerous and small to list and hard to recall in a manner that would be beneficial for the purpose of this appraisal.
- Automobile Parts & Parted Automobiles (Listing only larger Automobile parts)
  - Parted Automobiles
    - Virtually all types of Passenger vehicles.
    - Virtually all normal commercial duty cycle vehicles.
    - -Note: Parted Vehicles are defined as Totaled, or recovered vechiles that will cost more than they are worth to repair. It is very common for HHLS to value vehicles to be parted as they are worth more as parts than as a whole
  - Wheels & Tires
    - Commercial Grade 20- & 22.5-inch aluminum wheels
    - Commercial Grade Highway legal aluminum full bead lock wheels
    - Commercial Grade Severe Duty 41, 44 & 48 inch Run Flat bead lock compatible truck Tires.
    - Race Spec Race tires & Wheels.
  - Engines
    - High Performance Unlimited Race Car Engines
    - High Performance Spec Race Car Engines
    - High Collectable Ford, VW, GM 7 MB Engines
    - 100% Duty Cycle Diesel Engines.
    - Regular Passenger Vehicle Engines of all types
  - Turbo & Super Charger
    - High Performance Turbos & Super Chargers
    - Duty Cycle Turbos for all makes of trucks.
  - Suspension
    - Offroad Race Spec 2.5inch to 4.5-inch Springs and Shocks.
  - Transmissions/Transaxles/Differentials
    - Race Spec Sequential Dog type transmissions
    - Race Spec Non-Séquentiel Synchros type Transmissions
    - Race & Commercial Spec Torque Converter
    - Regular Truck & Passenger Vehicle transmissions of all types
      - Please note that I have been required to value myriad automobile parts & Parted Vehicles, and they are so numerous that it all can't be listed out in a way that would be beneficial for the purpose of this report.

- **Personal Property Disclosure:** All personal property types listed above have either been appraised, valuated, purchased, listed, sold and/or owned by me, Joseph Jepsen, and/or affiliates directly associated with myself. Not all items listed above have had a formal appraisal with BOCAA (Bureau of Certified Auto Appraisers) or IACP Certified Auto Appraiser Certification Appraisal report guidelines and standards. Many items have indeed been appraised under those standards, nevertheless items listed above that have not had an official BOCAA & IACP appraisal were nevertheless valued by me & staff by using the very same BOCAA & IACP standards through comparing similar property types using various widely accepted data sources, such as valuation guidebooks, websites, auctions, businesses and private party sales. For instance, I have bought and sold hundreds, if not thousands of vehicles at public sale and auction for associated dealerships, as well as HHLS liquidations. Another example of using BOCAA & IACP standards but not generating an appraisal report is found in the race engines listed above. HHLS had collateralized the race engines listed above and I was required to evaluate these incredibly unique engines before we took them as collateral, and a few years later when we sold the engines to recover losses associated with the loan. In this case no appraisal was generated, but 3 different race engine builders were interviewed by me, and offroad racing classified websites and forums were utilized to help ascertain their values.

## Partial list of Corp Clientele, Vendors & Associates:

- Metro Commercial inc
- Stokes Law PLLC
- Harley Hull Lending & Services LLC
- Harley Hull Redemption Services
- Scope Enterprises LLC
- BM Goldman LLC
- Accent Law
- Diamond J Capital LLC
- Capital Financial LLC
- O-Town Laundry Services
- O-Town Coin Laundry
- Ryan D Baxter LLC
- Park Avenue Apartments
- Beutler Law Offices
- Village Laundry Services
- Kreger Fabrication
- Utah Carzz of St Geroge LLC
- Diamond Motors LLC
- Affordable Car Sales LLC
- South Canyon Maintenance LLC
- McMullin Transaxles
- Desert Theory
- Hong Law
- Wiks Race Engines
- Ryan D. Baxter Law
- Thrice Racing
- Goldman Racing
- Diamond J Racing
- Carr Woodall & Associates
- Mendenhall Equipment Company
- Evens Laundry & Equipment Company
- DCBL (David Cook Bankruptcy Law)
- Utah Bankruptcy Clinic
- No Down Bankruptcy Office
- On request…



Bureau of Certified Auto Appraisers

Certifies that Auto Appraiser

Joseph Jepsen

has complied with the requirements of USPAP
Standard for BCAA Certification of Auto Appraisers

PRESIDENT BCAA

991911280
CERTIFICATE NUMBER

03/12/2024
EFFECTIVE DATE

03/12/2026
EXPIRATION DATE



**HARLEY HULL**
Lending & Services, LLC

## CLIENT INFORMATION

| Client Name (First, Middle initial, Last): | Email Addess: | Date: |
|---|---|---|
| Marcela Abrams | marcelaabrams2@gmail.com | 12/28/2024 |

| Address, City, State & Zip Code: | Phone #: | Attorney: |
|---|---|---|
| | (435) 210-4568 | Derek Beutler |

## VEHICLE INFORMATION

| Vehicle Year: | Vehicle Make & Model: | Color: | Vehicle Trim: |
|---|---|---|---|
| 2022 | GMC C2500/K2500 | Black | Denali |

| Body Type: | Mileage (Odometer): | Title Status: |
|---|---|---|
| 4 dr, 4x4, light duty, pickup truck | 45,000 | Autocheck Score 97 |

**Powertrain:**

| | | Vehicle ID (VIN#): |
|---|---|---|
| Cylinder #: | 8 Cylinder | |
| Displacement: | 6.6 Liter | **1GT19REY3NF144014** |
| Fuel Type: | Diesel | |
| Carberation: | DI Turbo EFI | Options: List options here when guidebooks will not decode VIN# |
| Trans Type: | Automatic | |
| Trans gear#: | 10 speed | |

| Power Locks | Pwr Capt Seat | AM/FM | Leather | Spoiler | Body Work |
|---|---|---|---|---|---|
| Pwr Window | Pwr Pass Seat | Cassette | Bucket Seats | Tint | Mouldings |
| Pwr Tilt wheel | Cruise Cont. | CD Player | Rear Capt Seat | Air Bags | Ground Effects |
| Pwr Trunk | Sun Roof | DVD Playert | Air Con | Pass Air Bags | Two Tone |
| Pwr Mirror | Pwr Brakes | Sat Radio | Climate Cont | Disk Brakes | Fog Lamps |
| Mirror Heat | Pwr Steering | Bluetooth | Dual Zone | Alloy Wheels | Overdrive |

**Vehicle History:**

| Purch Date: | 4/24/2023 | Total Payments |
|---|---|---|
| | | **18** |

## VEHICLE CONDITION

| Interior: | Note issues: | Exterior: | Note issues: | Mechanical: | Note issues: |
|---|---|---|---|---|---|
| Seats | n/a | Sheet Metal | n/a | Engine | n/a |
| Carpets | n/a | Paint | n/a | Transmission | n/a |
| Glass | n/a | Suspention | n/a | Tires | n/a |
| Dash Board | n/a | Unibody/ | n/a | Wheels | n/a |
| Headliner | n/a | Frame | n/a | Miles: | n/a |

## VEHICLE VALUATION

| | | | |
|---|---|---|---|
| Total Adustments: | $ | 472.00 | Defined as Costs above and beyond valuation guidebook condition adjustments |
| Recovery Costs: | $ | - | Recovery Costs: Cost to find, tow, store & Sell Vehicles at Auction. |
| As-Is Replacement Value | $ | 57,456.00 | |

| As-Is replacement value is the value derived for the purpose of this report and valuation guidebooks & other acceptable sources, such as Manheim Adesa, NADA, Kelly Blue book & Edmunds are the source. | FINAL AS-IS VALUE: | $ 56,984.00 |
|---|---|---|
| | Final value is defined as the Total Adustments (Noted in this report) as well as the Total Recovery costs less the Base Vehicle Value (Noted to the left) | |

| Guidebook Data & Other Sources | | | |
|---|---|---|---|
| Source of Data: | Value | Date | Data Narative |
| Manheim Market MMR (Wholesale) | $ 54,000 | 12/28/2024 | Fair to Average Vehicle Condition based on the Owners Description of the vehicle. |
| Kelly Blue Book (Tradein) | $ 54,347 | 12/28/2024 | Fair to Average Vehicle Condition based on the Owners Description of the vehicle. |
| Kelly Blue Book (Private Party) | $ 57,456 | 12/28/2024 | Fair to Average Vehicle Condition based on the Owners Description of the vehicle. |
| AS-IS REPLACEMENT VALUE | $ 57,456 | | |

| CONCLUSION |
|---|

This appraisal assumes fair/average vehicle condition. All adjustments to value in this appraisal are made by the guidebooks system. Additional adustments can be made when issues/repairs above and beyond the traditional guide book vehicle condition adjustments. For instance, broken windshield, bald tires, major body damage, major paint damage, and major mechanical damage.  All additional adjustment, if any, are clearly delineated below.

Noted items: Items noted by owner in their vehicle survey and Appraisal inspection

Item #1-  The windshield needs replaced because has a crack

Item #2-  Safelite Window Replacment Bid $472

Item #3-  Condition is noted as fair even thought the age is fairly new. This is due to the number of miles placed
on the truck in the past 18 months. This has been A LOT of miles, and they have been hard miles
thus causing me to use the KBB and MMR Fair Condition selection.

Invoice to repair listed vehcile issues is attached to the appraisal report. Adjustment made   $         472.00

| Appraised Replacement Value | $    56,984 |
|---|---|

Determining "replacement value" is the purpose of this appraisal. Replacement Value is Akin to "As Is" and as such  requires the use of an specific valuation methodology in order to comply with Bankruptcy Law under Section 722-Redemption and shall be determined by using the standard provided in 11 U.S.C. § 506(a)(2). Vehciles using this appraisal for a loan are inspected. This methodology detailed in the subsequent multi (12) page "appraisal exhibit"  which also includes valuation, case law examples, as well as the appraiser's credentials, certifications, education, experience, conflicts as well as a partial list of affiliates and clients.


# 2022 GMC Sierra 2500 HD Crew Cab Pricing Report

**Style:** Denali Pickup 4D 6 1/2 ft

**Mileage:** 45,000

**KBB.com Consumer Rating:** 4.3/5

## Sell to Private Party



Private Party Range
$53,980 - $60,931

Private Party Value
$57,456

Valid for **ZIP code 84401** through **12/28/2024**

# Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Exterior Color**
✓ Black

**Drivetrain**
4WD

**Engine**
V8, Turbo Diesel, 6.6 Liter

**Transmission**
Automatic, 10-Spd Allison

**Braking and Traction**
ABS (4-Wheel)

Hill Start Assist

StabiliTrak

Traction Control

Hill Descent Control

**Comfort and Convenience**
Air Conditioning

Cruise Control

Power Door Locks

Power Tailgate Release

Power Windows

Theft Deterrent System

Keyless Entry

Keyless Start

Power Sliding Rear Window

**Wheels and Tires**
✓ Premium Wheels

**Entertainment and Instrumentation**
AM/FM Stereo

Bluetooth Wireless

SiriusXM Satellite

OnStar

Premium GMC Infotainment System

✓ MultiPro by Kicker Sound System

Navigation System

✓ Head-Up Display

**Safety and Security**
Backup Camera

Lane Departure Warning System

F&R Ultrasonic Park Assist

Dual Air Bags

F&R Head Curtain Air Bags

Side Air Bags

Surround View Camera

**Cargo and Towing**
Bed Liner

Towing Pkg

**Lighting**
Daytime Running Lights

LED Headlamps

HID Headlamps

**Accessory Packages**
Driver Alert Pkg I

Side Blind Zone Alert

X31 Off-Road Pkg

Driver Alert Pkg II

✓ Technology Pkg

✓ Ultimate Pkg

### Steering

Power Steering

Tilt & Telescoping Wheel

### Exterior

Running Boards

Fog Lights

### Seats

Dual Power Seats

Heated & Ventilated Seats

Leather

✓ Heated Rear Seats Delete

### Roof and Glass

✓ Power Sun Roof

# Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is dierent and values are not guaranteed.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The nal price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

**Good Condition** - 54% of all cars we value. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

**Tip:**

It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.

© 1995-2024 Kelley Blue Book Co.®, Inc. All rights reserved.

© 2024 Kelley Blue Book Co., Inc. All rights reserved. 12/28/2024-12/28/2024 Edition for UT 84601. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.2020226)


# 2022 GMC Sierra 2500 HD Crew Cab Pricing Report

**Style**: Denali Pickup 4D 6 1/2 ft

**Mileage**: 45,000

**KBB.com Consumer Rating**: 4.3/5

## Vehicle Highlights

Fuel Economy: N/A

Drivetrain: 4WD

Engine: V8, Turbo Diesel, 6.6 Liter

Transmission: Automatic, 10-Spd Allison

Country of Assembly: United States

Country of Origin: United States

EPA Class: Standard Pickup Trucks

Max Seating: 5

Doors: 4

Body Style: Pickup

# Trade in to a Dealer



Trade-in Range
**$51,061 - $57,632**
Trade-in Value
**$54,347**

Valid for **ZIP code 84401** through **12/28/2024**

# Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Exterior Color**
✓ Black

**Drivetrain**
4WD

**Engine**
V8, Turbo Diesel, 6.6 Liter

**Transmission**
Automatic, 10-Spd Allison

**Braking and Traction**
ABS (4-Wheel)

Hill Start Assist

StabiliTrak

Traction Control

Hill Descent Control

**Comfort and Convenience**
Air Conditioning

Cruise Control

Power Door Locks

Power Tailgate Release

Power Windows

Theft Deterrent System

Keyless Entry

Keyless Start

Power Sliding Rear Window

**Wheels and Tires**
✓ Premium Wheels

**Entertainment and Instrumentation**
AM/FM Stereo

Bluetooth Wireless

SiriusXM Satellite

OnStar

Premium GMC Infotainment System

✓ MultiPro by Kicker Sound System

Navigation System

✓ Head-Up Display

**Safety and Security**
Backup Camera

Lane Departure Warning System

F&R Ultrasonic Park Assist

Dual Air Bags

F&R Head Curtain Air Bags

Side Air Bags

Surround View Camera

**Cargo and Towing**
Bed Liner

Towing Pkg

**Lighting**
Daytime Running Lights

LED Headlamps

HID Headlamps

**Accessory Packages**
Driver Alert Pkg I

Side Blind Zone Alert

X31 Off-Road Pkg

Driver Alert Pkg II

✓ Technology Pkg

✓ Ultimate Pkg

### Steering

Power Steering

Tilt & Telescoping Wheel

### Exterior

Running Boards

Fog Lights

### Seats

Dual Power Seats

Heated & Ventilated Seats

Leather

✓ Heated Rear Seats Delete

### Roof and Glass

✓ Power Sun Roof

# Glossary of Terms

**Kelley Blue Book® Trade-In Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

**Trade-In Range** - The Trade-In Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week based on the style, condition, mileage and options of your vehicle when you trade it in to a dealer. However, every dealer is dierent and values are not guaranteed.

**Kelley Blue Book® Private Party Value** - This is the starting point for negotiation of a used-car sale between a private buyer and seller. This is an "as is" value that does not include any warranties. The nal price depends on the car's actual condition and local market factors.

**Private Party Range** - The Private Party Range is Kelley Blue Book's estimate of what you can reasonably expect to receive this week for a vehicle with stated mileage in the selected condition and configured with your selected options, excluding taxes, title and fees when selling to a private party.

**Excellent Condition** - 3% of all cars we value. This car looks new and is in excellent mechanical condition. It has never had paint or bodywork and has an interior and body free of wear and visible defects. The car is rust-free and does not need reconditioning. Its clean engine compartment is free of fluid leaks. It also has a clean title history, has complete and verifiable service records and will pass safety and smog inspection.

**Very Good Condition** - 23% of all cars we value. This car has minor wear or visible defects on the body and interior but is in excellent mechanical condition, requiring only minimal reconditioning. It has little to no paint and bodywork and is free of rust. Its clean engine compartment is free of fluid leaks. The tires match and have 75% or more of tread. It also has a clean title history, with most service records available, and will pass safety and smog inspection.

**Good Condition** - 54% of all cars we value. This car is free of major mechanical problems but may need some reconditioning. Its paint and bodywork may require minor touch-ups, with repairable cosmetic defects, and its engine compartment may have minor leaks. There are minor body scratches or dings and minor interior blemishes, but no rust. The tires match and have 50% or more of tread. It also has a clean title history, with some service records available, and will pass safety and smog inspection.

**Fair Condition** - 18% of all cars we value. This car has some mechanical or cosmetic defects and needs servicing, but is still in safe running condition and has a clean title history. The paint, body and/or interior may need professional servicing. The tires may need replacing and there may be some repairable rust damage.

**Tip:**

It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having your mechanic give you an objective report.

© 1995-2024 Kelley Blue Book Co.®, Inc. All rights reserved.

© 2024 Kelley Blue Book Co., Inc. All rights reserved. 12/28/2024-12/28/2024 Edition for UT 84401. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.2020226)



### 2022 GMC 2500HD SIERRA 4WD V8 TDSL CREW CAB 6.6L DENALI
**1GT19REY3NF144014**

| Base MMR | MMR Adjustments | MMR Range |
|---|---|---|
| **$53,100** | | ~~$52,100 - $56,000~~ |
| | Odometer | |
| | 45,000 mi • +$4,360 | **Adjusted MMR** |
| Avg Odometer (mi) | Region | **$54,000** ▲ |
| **73,824** | Southwest • +$720 | |
| | Condition Report | Estimated Retail Value |
| Avg Condition | 2.0 • -$4,380 | Based on Cox Automotive Retail Transactions |
| **4.4** | Color | |
| | Black • -$240 | ~~$58,400~~ |
| | Build Options | |
| | YES • +$440 | |
| | Numbers may not add exactly due to rounding | |
| | ** AutoGrade™ or Manheim Express Grade | |

▼ **Transactions**   Showing 16 of 16

| Date ↓ | Price ↕ | Odo (mi) ↕ | Grade ↕ | Eng/T ↕ | Ext Color ↕ | Type ↕ | Region ↕ | Auction ↕ |
|---|---|---|---|---|---|---|---|---|
| 12/24/24 | $51,250 | 91,120 | 4.8 | 8DT/A | White | Regular | Southwest | Dallas |
| 12/18/24 | $47,400 | 129,056 | -- | 8DT/A | Silver | Regular | Southwest | Dallas |
| 12/18/24 | $51,600 | 75,319 | 2.6 | 8DT/A | Green | Lease | Southwest | San Antonio |
| 12/18/24 | $56,000 | 38,376 | 4.1 | 8DT/A | Gray | Regular | Southwest | San Antonio |
| 12/18/24 | $53,000 | 71,569 | 4.4 | 8DT/A | White | Regular | Southwest | Dallas |
| 12/17/24 | $56,200 | 60,291 | 4.7 | 8DT/A | White | Regular | Midwest | Flint |
| 12/17/24 | $50,500 | 85,727 | 4.6 | 8DT/A | White | Regular | Midwest | Northstar Mi... |
| 12/17/24 | $59,200 | 20,579 | 4.4 | 8DT/A | Black | Regular | Midwest | Flint |
| 12/17/24 | $62,600* | 36,843 | 4.6 | 8DT/A | Black | Regular | Northeast | Rochester |
| 12/12/24 | $38,500 | 170,108 | 4.3 | 8DT/A | Black | Regular | Southeast | Atlanta |
| 12/12/24 | $54,000 | 59,172 | 4.3 | 8DT/A | White | Regular | Midwest | Northstar Mi... |
| 12/10/24 | $62,000 | 19,556 | 5.0 | 8DT/A | White | Regular | Midwest | Detroit |
| 12/5/24 | $52,300 | 96,863 | 4.8 | 8DT/A | Green | Regular | Southeast | Darlington |
| 12/3/24 | $60,000 | 22,848 | 4.9 | 8DT/A | Silver | Regular | Midwest | Detroit |
| 12/2/24 | $53,900* | 32,065 | 2.6 | 8DT/A | Black | Lease | Midwest | Detroit |
| 12/2/24 | $51,000 | 92,950 | 4.4 | 8DT/A | White | Regular | Midwest | Cincinnati |

\* Transactions not in sample
Condition Reports from AutoGrade™ or Manheim Express Grade

#### Historical Average

| Past 30 Days | 6 Months Ago | Last Year |
|---|---|---|
| **$53,100** | **$58,300** | **$62,300** |
| 73,824 mi | 46,587 mi | 29,419 mi |

#### Projected Average

| Next Month |
|---|
| **$52,800** |

#### Estimated Retail Value
Based on Cox Automotive Retail Transactions

**$58,400**
Typical Range
$54,200 - $62,300

?

# Experian AutoCheck Report

Report run: 12/28/2024 13:57:44 EST

## 2022 GMC Sierra 2500HD Denali
Crew Cab 4D (6.6L V8 CRDI Biodiesel)

| | |
|---|---|
| VIN: | 1GT19REY3NF144014 |
| Class: | Pickup - Fullsize |
| Country of Assembly: | United States |
| Vehicle Age: | 2 year(s) |
| Estimated In Service: | 10/28/2021 |
| Last Reported Odometer: | 7,486 (05/23/2023) |

### Owners - 2



### Vehicle Usage
Lease

---

91   **97**   96   ○

### AutoCheck Score
Similar vehicles usually range between **91 and 96**

---

## Vehicle History at a Glance


**State Title Brand**

 Clean


**Auction Brand / Issues**

 No Issue


**Accident / Damage**
No Accidents or Damage Reported

 No Issue


**Open Recall Check**

 1 Open Recall(s)


**Insurance Loss / Transfer**

 No Issue


**Odometer Check**
Last reported odometer:
**7,486 (05/23/2023)**

 No Issue


**Certified Pre-Owned**

 No CPO Info Available


**Service / Repair**

 No Issue


**Additional History**
Lien Reported

 Events Reported



**This vehicle is AutoCheck Assured™**
This vehicle does not have any state title brands or other major problems reported.

Learn More

## 🚗 Accident & Damage



✓ No Accidents or Damage Reported

### Your Vehicle Checks Out

AutoCheck has not received any accident or damage-related events from government sources, independent agencies, or auction sources. Not all damage-related events are reported to AutoCheck. It is recommended to have pre-owned vehicles inspected by a third-party prior to purchase.

Airbag Deployed

Structural Damage

Overturned

No Damage

## ↻ Open Recall Check



**Information Reported: AutoCheck found 1 open recall(s).**
It is recommended that this vehicle be taken to the nearest dealer to have the recalled components replaced or fixed. Service bulletins if available are not part of open recalls and can be found in the vehicle history details.

| Recall Date | Recall Type | NHTSA / OEM Recall No. | Campaign Description |
|---|---|---|---|
| 10/28/2024 | Safety | 24V797 / N242454440 | Safety: MOMENTARY REAR WHEEL LOCK-UP<br>Status: Remedy Available |

**More information** including remedy or risk factors. Locate your nearest authorized **GMC Dealer** to schedule repair.

 **Odometer Check**

✓ **Your Vehicle Checks Out**
No odometer brands, rollbacks, rollover or tampering has been reported to AutoCheck from state Division of Motor Vehicles (DMV) or auction sources. AutoCheck also examined the sequence of reported odometer readings to determine if there are any potential discrepancies.



**State Title Odometer Check**
No issues reported



**Auction Odometer Check**
No issues reported



**Odometer Calculation Check**
No issues reported

🗒 **Detailed Vehicle History**

Below are the historical events for this vehicle listed in chronological order.
**Vehicle:** 2022 GMC Sierra 2500HD Denali (1GT19REY3NF144014)  **Report Run Date:** 12/28/2024 13:57:44 EST

## 2021 - Vehicle Prep and Other Pre-Titling Events

| **Location:** ST JEROME, QC | **Preparation Date:** 10/2021 |
|---|---|

| Event Date | Location | Odometer | Data Source | Details |
|---|---|---|---|---|
| 10/28/2021 | ST JEROME, QC | | Motor Vehicle Dept. | Canadian Renewal |
| 03/31/2022 | QC | | Motor Vehicle Dept. | Canadian Renewal |
| 10/21/2022 | QC | 11,600 Km* | Motor Vehicle Dept. | Odometer Reading from Canadian Province Canadian Renewal |
| 10/31/2022 | QC | 11,752 Km* | Motor Vehicle Dept. | Odometer Reading from Canadian Province Canadian Renewal |

## 2023 - Owner  1

| **Location:** AR | **Owned From:** 01/2023 | **Usage:**  Lease |
|---|---|---|

| Event Date | Location | Odometer | Data Source | Details |
|---|---|---|---|---|
| 01/04/2023 | LITTLE ROCK, AR | 7,313 | Motor Vehicle Dept. | Title(Title #:761013731335) (Leased Vehicle) |
| 01/12/2023 | DESERT SOUTHWEST REGION | 7,333 | Auto Auction | Reported at Auto Auction |
| 01/16/2023 | | 7,333 | Auto Auction | Reported at Auto Auction as Dealer Vehicle |

|  | DESERT SOUTHWEST REGION |  |  |  |
|------------|-------------------------|-------|----------------|-------------------------|
| 01/17/2023 | ROOSEVELT, UT | 7,333 | Dealer Listing | Vehicle Listed for Sale |

## 2023 - Owner 2

| **Location:** UT | **Owned From:** 04/2023 | **Usage:** Personal |
|------------------|-------------------------|---------------------|

| Event Date | Location | Odometer | Data Source | Details |
|------------|----------|----------|-------------|---------|
| 04/27/2023 | VERNAL, UT |  | Motor Vehicle Dept. | Registration Event/Renewal |
| 05/23/2023 | VERNAL, UT | 7,486 | Motor Vehicle Dept. | Title(Title #:E001222503UT) (Lien Reported) |
| 04/30/2024 | VERNAL, UT |  | Motor Vehicle Dept. | Registration Event/Renewal |

* Odometer readings can be in mixed unit of measure - kilometers and miles

**AutoCheck Terms and Conditions**

This report, and any reliance upon it, is subject to **AutoCheck Terms and Conditions**. If you obtained the report from a lender/dealer, the lender/dealer has been provided with these Terms and Conditions and can share them with you. These AutoCheck Terms and Conditions are also available at any time at www.autocheck.com/terms or by writing to Experian: Experian Automotive C/O AutoCheck Customer Service 1515 E. Woodfield Road, Suite 500, Schaumburg, IL 60173.

**About AutoCheck**

AutoCheck vehicle history reports by Experian Automotive is the leading vehicle history reporting service. With expert data handling, the Experian Automotive database houses over 4 billion records on a half a billion vehicles. Every AutoCheck vehicle history report will give you confidence when buying or selling your next used vehicle, with superior customer service every step of the way.

**Patent Notice**

Certain aspects of this vehicle history report may be covered by U.S. Patent 8,005,759.




We've got your 2022 GMC SIERRA 2500 covered!

Now choose your payment and service options*.

Pay on my own | Pay with insurance

---

○ **Glass service only**

- New replacement windshield
- Nationwide lifetime warranty

New wiper blades are not included with this service. Failure to replace worn wipers may damage your new glass.

$462.50

---

○ **Standard**

MOST POPULAR

- New replacement windshield
- Nationwide lifetime warranty
- New front wiper blades

Special: Save $60

~~$532.48~~ $472.48

---

○ **Premium**

- New replacement windshield
- Nationwide lifetime warranty
- New front wiper blades
- Rain Defense™ treatment

$577.47

---

 **Recalibration may be required**

Your 2022 GMC SIERRA 2500 may have advanced safety systems that require recalibration after glass replacement to keep you safe. Additional costs may apply.

I have a promo code

**Safelite** (https://www.safelite.com) Continue

Save your progress and continue from here later 

*Quote does not include tax, recycling fee or additional service options.

Back

© 2024 Safelite Group          Terms of service (https://www.safelite.com/terms-of-service/)

Your privacy choices (https://www.safelite.com/privacy-center/)

Notice at collection (https://www.safelite.com/ccpa-privacy-policy/)

**Survey Submission Detail**

×

**Vehicle Redemption Simple Survey**

| | |
|---|---|
| What Is Your 17-Digit VIN? | 1GT19REY3NF144014 |
| Vehicle Manufacturer (Or Make)? | GMC |
| What Is The Model Of Your Vehicle? | 2022 |
| Trim Level? (Not sure? Dig out the original sales invoice or the owner's manual) | C2500/K2500 |
| What Is The Year Of Your Car Model? | 2022 |
| Vehicle Color? | Black |
| Total Miles? (Odometer) | 45000 |
| Vehicle Damage or problems? - For example- Rebuilt title, broken windshield, | The windshield needs replaced because has a crack |

| | |
|---|---|
| bald tires, dents and dings. The more we know the better for you. | |
| Current Lender Name? | Utah Power Credit Union |
| Approx. balance for current loan? | 75499.24 |
| Current monthly payment? | 1464.00 |
| Do you have a bankruptcy attorney? | Yes |
| Attorney Name | Derek Beutler |
| Attorney Phone Number | +18016575040 |
| Attorney Email | derek@beutler-law.com |
| Is your Bankruptcy a Joint Filing with a spouse or partner? | Yes |

| | |
|---|---|
| Joint filer Name | Jeffrey N Abrams |
| Joint filer phone# | +14352104571 |
| Joint filer Email address | jnabramstruckinginc@gmail.com |
| Phone | +14352104568 |
| Email | marcelaabrams2@gmail.com |
| HHLS, HHRS, and their associates are not legal counsel and do not offer legal advice. They suggest that individuals seeking legal help or advice should contact their own attorney. | I understand and agree |
| If refinance and or redemption isnt the route tou choose to go, would you like to apply for a Bankruptcy purchase loan | Yes |

| | |
|---|---|
| with Harley Hull? | |
| fullName | Marcela Abrams |
| Timezone | America/Denver (GMT-07:00) |

**Page detail**

| | |
|---|---|
| Source | Direct traffic |
| URL | [https://722loan.com/](https://722loan.com/) |
| Page Title | Get pre-approved for 722 Redemption |
| documentURL | https://722loan.com/ |
| fbEventId | 1dde07aa-0b58-4d88-98eb-c030ccdd34dd |
| medium | survey |
| mediumId | lCs1Xt3pVTVTZm7yGF5X |